**Opinion filed November 16, 2012**



# In The

# Eleventh Court of Appeals

_____

## No. 11-12-00119-CV

_____

## IN THE MATTER OF THE ESTATE OF RAYMOND GERALD ROBERTS, DECEASED

**On Appeal from the 106th District Court**

**Dawson County, Texas**

**Trial Court Cause No. 10-08-1422**

### M E M O R A N D U M   O P I N I O N

Lamesa National Bank is the only remaining appellant in this appeal. It has filed an unopposed amended motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, appellant states that it "no longer desires to prosecute its appeal." Therefore, in accordance with appellant's request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

November 16, 2012                                    PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Hill.[1]

---

[1]John G. Hill, Former Chief Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.